UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cr-80101-Middlebrooks/Matthewman

18 U.S.C. § 2113(a)

UNITED STATES OF AMERICA

v.

DANIEL CRUZ,

Defendant.
_____/

FILED BY SP D.C.
AUG 15 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### INDICTMENT

The Grand Jury charges that:

#### COUNT 1

On or about June 12, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**DANIEL CRUZ,**

did knowingly take, by intimidation, from the person and presence of an employee of Wells Fargo Bank, located at 120 North Dixie Highway, Lake Worth Beach, Florida, approximately $1,000.00 in United States currency, belonging to and in the care, custody, control, management and possession of Wells Fargo Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

#### COUNT 2

On or about June 13, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**DANIEL CRUZ,**

did knowingly take, by intimidation, from the person and presence of an employee of Wells Fargo Bank, located at 1662 S. Congress Avenue, Palm Springs, Florida, approximately $3,000.00 in United States currency, belonging to and in the care, custody, control, management and possession of Wells Fargo Bank,

a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## COUNT 3

On or about June 14, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**DANIEL CRUZ,**

did knowingly take, by intimidation, from the person and presence of an employee of Wells Fargo Bank, located at 4300 Forest Hill Boulevard, Palm Springs, Florida, approximately $2,301.00 in United States currency, belonging to and in the care, custody, control, management and possession of Wells Fargo Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## COUNT 4

On or about June 14, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**DANIEL CRUZ,**

did knowingly attempt to take, by intimidation, from the person and presence of an employee of PNC Bank, located at 3989 Forest Hill Boulevard, Palm Springs, Florida, United States currency, belonging to and in the care, custody, control, management and possession of PNC Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## COUNT 5

On or about June 14, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**DANIEL CRUZ,**

did knowingly take, by intimidation, from the person and presence of an employee of Truist Bank, located

at 4148 South Jog Road, Greenacres, Florida, approximately $3,600.00 in United States currency, belonging to and in the care, custody, control, management and possession of Truist Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DANIEL CRUZ**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2113, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following: $1,010 in U.S. currency.

4. All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 24-cr-80101-Middlebrooks/Matthewman

v.

DANIEL CRUZ,

**CERTIFICATE OF TRIAL ATTORNEY***

_____/
Defendant.

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami      ☐ Key West   ☐ FTP
- ☐ FTL        ☑ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 7 days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I    ☐ 0 to 5 days                  ☐ Petty
   II   ☑ 6 to 10 days                 ☐ Minor
   III  ☐ 11 to 20 days                ☐ Misdemeanor
   IV   ☐ 21 to 60 days                ☑ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 24-8292-BER

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of August 9, 2024

10. Defendant(s) in state custody as of June 14, 2024

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
DANIEL E. FUNK
Assistant United States Attorney
FLA Bar No.   0592501

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** DANIEL CRUZ

**Case No:** 24-cr-80101-Middlebrooks/Matthewman

**Counts 1-5:**

Bank Robbery and Attempted Bank Robbery

Title 18, United States Code, Section 2113(a)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years up to life
* **Max. Fine:** $250,000
* **Mandatory Special Assessment:** $100

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.